EPSTEIN BECKER & GREEN, P.C.
Shira M. Blank
Jeremy M. Brown
Marissa Vitolo
875 Third Avenue
New York, New York 10022
(212) 351-4500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON COOPER,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL d/b/a MAJOR LEAGUE BASEBALL, and PDL BLUE, INC.,<br><br>　　　　　　　　Defendants. | Civil Case No. 1:24-cv-03118-VSB<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendants the Office of the Commissioner of Major League Baseball, d/b/a Major League Baseball and PDL Blue, Inc. hereby state that:

1. The Office of the Commissioner of Baseball, which does business as Major League Baseball, is an unincorporated association. As such, it has no parent, and no publicly held corporation owns 10% or more of the association.

2. PDL Blue, Inc. is wholly-owned by MLB Professional Development Leagues, LLC, a Delaware limited liability company. MLB Professional Development Leagues, LLC is wholly-owned by the Office of the Commissioner of Baseball.

Dated: New York, New York
July 8, 2024

        EPSTEIN BECKER & GREEN, P.C.

By: */s/ Shira M. Blank*
Shira M. Blank
Jeremy M. Brown
Marissa Vitolo
875 Third Avenue
New York, New York 10022
(212) 351-4500
sblank@ebglaw.com
jmbrown@ebglaw.com
mvitolo@ebglaw.com
*Attorneys for Defendants*
*The Office of the Commissioner of Baseball*
*and PDL Blue, Inc.*

2