SO ORDERED: 10/9/2024

*[Signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON COOPER,

           Plaintiff,

-against-

THE OFFICE OF THE COMMISSIONER OF BASEBALL d/b/a MAJOR LEAGUE BASEBALL, and PDL BLUE, INC.,

           Defendants.

Civil Case No.: 24-cv-3118

**STIPULATION ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT**

    **WHEREAS**, on April 24, 2024, Plaintiff Brandon Cooper ("Plaintiff") filed his Complaint against The Office of the Commissioner of Baseball d/b/a Major League Baseball and PDL Blue Inc. ("Defendants") alleging a hostile work environment and wrongful termination because of his sexual orientation and gender and/or retaliation in violation under the New York State Human Rights and New York City Human Rights Law;

    **WHEREAS**, Plaintiff seeks to file an amended complaint that, *inter alia*, adds claims under Title VII of the Civil Rights Act of 1964 and Alexander Lawrie as an additional Plaintiff;

    **WHEREAS**, a copy of Plaintiff's proposed Amended Complaint is attached hereto as **Exhibit A**;

    **IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff and Defendants, by and through their respective counsel, that:

    1.    Pursuant to Federal Rule 15(a)(2), Plaintiff may file his amended complaint that is attached hereto as **Exhibit A**;

    2.    Defendants' deadline to answer, move, or otherwise respond shall be forty-five (45) days after the Amended Complaint is filed; and

3. In so stipulating, Defendants have not waived any defenses they may raise in response to the Amended Complaint.

Dated: October 7, 2024　　　　　　**JOSEPH & NORINSBERG, LLC**

_____
CAITLIN DUFFY
Attorneys for Plaintiff

Dated: October 7, 2024　　　　　　**EPSTEIN BECKER & GREEN, P.C.**

*/s/ Shira M. Blank*
_____
SHIRA M. BLANK
Attorneys for Defendants