UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON COOPER and ALEXANDER LAWRIE,

Plaintiffs,

-against-

THE OFFICE OF THE COMMISSIONER OF
BASEBALL d/b/a MAJOR LEAGUE BASEBALL,
and PDL BLUE, INC.,

Defendants.

Civil Case No.: 24-cv-3118

**STIPULATION ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT**

**SO ORDERED:** 11/6/2024

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

**WHEREAS**, on October 8, 2024, Plaintiff Brandon Cooper ("Plaintiff") and Plaintiff Alexander Lawrie filed an Amended Complaint against The Office of the Commissioner of Baseball d/b/a Major League Baseball and PDL Blue Inc. ("Defendants") alleging a hostile work environment and wrongful termination because of their sexual orientation and/or gender and/or retaliation in violation under the New York State Human Rights and New York City Human Rights Law;

**WHEREAS,** the EEOC issued Plaintiff Lawrie a right to sue letter on November 4, 2024;

**WHEREAS**, Plaintiffs seek to file a second amended complaint that, includes allegations concerning the EEOC's issuance of a notice of right to sue to Plaintiff Lawrie;

**WHEREAS**, a copy of Plaintiffs' proposed Amended Second Complaint is attached hereto as **Exhibit A** [Doc. 24-1]

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiffs and Defendants, by and through their respective counsel, that:

1.    Pursuant to Federal Rule 15(a)(2), Plaintiffs may file a second amended complaint that is attached hereto as **Exhibit A**;

2.      Defendants' deadline to answer, move, or otherwise respond shall be forty-five (45) days after the Second Amended Complaint is filed; and

3.      In so stipulating, Defendants have not waived any defenses they may raise in response to the Second Amended Complaint.


Dated: November 5, 2024          **JOSEPH & NORINSBERG, LLC**



                                 _____
                                 CAITLIN DUFFY
                                 Attorneys for Plaintiff



Dated: November 5, 2024          **EPSTEIN BECKER & GREEN, P.C.**



                                  _/s/ Shira M. Blank_____
                                 SHIRA M. BLANK
                                 Attorneys for Defendants