UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRANDON COOPER,

                         Plaintiff,

        -against-

THE OFFICE OF THE
COMMISSIONER OF BASEBALL, *et al.*,

                       Defendants.
------------------------------------------------------------------X

24 Civ. No. 3118 (VSB) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, April 15, 2025 at 10:00 a.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [282 523 343 988] Passcode: [TV9nm3J9]**

      SO ORDERED.

DATED:    New York, New York
               February 18, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge