UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                 :

BRANDON COOPER,                     :

                   Plaintiff,      :                 24-CV-3118 (VSB)
                                :

          -against-        :

                                :                   **ORDER**

THE OFFICE OF THE COMMISSIONER OF  :
BASEBALL d/b/a MAJOR LEAGUE     :
BASEBALL, and PDL BLUE, INC.,      :

                              :

                Defendants.  :

                              :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

     It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

     ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  March 11, 2026
       New York, New York

                                         Vernon S. Broderick
                                         United States District Judge